1  David P. Myers CA Bar No. 206137
   dmyers@myerslawgroup.com
2  THE MYERS LAW GROUP, A.P.C.
   9327 Fairway View Place, Ste. 100
3  Rancho Cucamonga, CA 91730
   Telephone: 909.919.2027
4  Facsimile:  888.375.2102

5  Attorneys for Plaintiff DAIRY EMPLOYEES LOCAL 17, et al.

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | DAIRY EMPLOYEES LOCAL 17, ET AL., | Case No. 5:21−cv−00488−JGB−KK |
12 | | **JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
13 | Plaintiff, | |
14 | v. | **[FED. R. CIV. PROC. 41(A)]** |
15 | CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES CLA−USA, | Complaint Filed: March 19, 2021<br>District Judge: Hon. Jesus G. Bernal |
16 | | |
17 | Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

Case No. 5:21−cv−00488−JGB−KK
JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE [FED. R. CIV. PROC. 41(A)]

**TO THE HONORABLE COURT:**

Plaintiff DAIRY EMPLOYEES UNION, LOCAL 17, ET AL., ("Plaintiff") and Defendant CHRISTIAN LABOR ASSOCIATION OF THE UNITED STATES (CLA-USA) ("Defendant") (collectively referred to as the "Parties"), by and through their attorneys of record, hereby stipulate to and agree as follows:

WHEREAS the Parties reached a settlement in this matter on or about September 29, 2021; and,

WHEREAS, the Parties have since entered into a written and fully executed Settlement Agreement and General Release that requires that this case be dismissed with prejudice;

THEREFORE, subject to this Court's approval and pursuant to the Federal Rules of Civil Procedure section 41(a), the Parties stipulate and agree that Plaintiff's Complaint, each and every claim alleged therein, and its entire action can and should be dismissed with prejudice, and that each Party shall bear its own attorney's fees and costs incurred in connection with the prosecution or defense of this action.

**IT IS SO STIPULATED.**

DATED: October 13, 2021          Fryberger, Buchanan Smith & Frederick, P.A.


By: /s/ Donald C. Erickson
Donald C. Erickson
Attorneys for Defendant Christian Labor Association
of the United States CLA-USA

DATED: October 15, 2021          The Myers Law Group, A.P.C.


By: /s/ David P. Myers
David P. Myers
Attorneys for Plaintiff Dairy Employees Local 17

# PROOF OF SERVICE

*Dairy Employees Union, Local 17, et al., v. Christian Labor Association of the United States (CLA-USA)*
Case No. 5:21−cv−00488−JGB−KK

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of San Bernardino in the office of a member of the bar of this court at whose direction the service was made. My business address is 9327 Fairway View Pl., Suite 100, Rancho Cucamonga, CA., 91730.

On October 15, 2021, I served the following document(s):

**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE [FED. R. CIV. PROC. 41(A)]**

by serving interested parties in this action addressed as follows:

>   Donald C. Erickson
>   **FRYBERGER, BUCHANAN, SMITH & FREDERICK, P.A.**
>   302 West Superior Street, Suite 700
>   Duluth, MN 55802
>   derickson@fryberger.com

☐ **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practice of Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ **BY ELECTRONIC SERVICE:** I served the document(s) described above by emailing to the person(s) at the electronic address(es) listed above. I did not receive any electronic message or indication that the transmission was unsuccessful. My email address is wcarlos@myerslawgroup.com.

☐ **BY OVERNIGHT DELIVERY:** I placed the sealed envelope(s) or package(s) designated by the express service carrier for collection and overnight delivery by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart P.C., Costa Mesa, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart P.C.'s practice for collecting and processing of correspondence for overnight delivery, said practice being that, in the ordinary course of business, correspondence for overnight delivery is deposited with delivery fees paid or provided for at the carrier's express service offices for next-day delivery.

☐ **BY MESSENGER SERVICE:** (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **BY FACSIMILE:** by transmitting a facsimile transmission a copy of said document(s) to the following addressee(s) at the following number(s), in accordance with:

    ☐    the written confirmation of counsel in this action:

    ☐    [Federal Court] the written confirmation of counsel in this action and order of the court:

☐ **BY CM/ECF:** With the Clerk of the United States District Court of California, using the CM/ECF System.  The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the parties and counsel of record who are registered with the Court's CM/ECF System.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

☐ **(Federal)** I declare that I am a **member** of the State Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 15, 2021, at Monrovia, California.

                                                    /s/ Warquiria Carlos
                                                  Warquiria Carlos