JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAIRY EMPLOYEES LOCAL 17, et al.<br><br>        Plaintiff,<br><br>v.<br><br>CHRISTIAN LABOR ASSOCIATIONOF THE UNITED STATES CLA−USA,<br>        Defendants. | Case No. 5:21−cv−00488−JGB−KKx<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Complaint Filed:  March 19, 2021<br>District Judge:   Hon. Jesus G. Bernal |

**ORDER**

Based upon the Parties' Joint Stipulation of Dismissal of Action With Prejudice, this Court finds good cause for such an order and issues an order as follows:

**IT IS HEREBY ORDERED.**

1. This entire matter is hereby dismissed with prejudice; and
2. Each party will bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATE: October 19, 2021

———————————————
Honorable Jesus G. Bernal
U.S. District Judge